UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN SHEET METAL WORKERS
HEALTH AND BENEFIT FUND,
MILWAUKEE AREA SHEET METAL
JOURNEYMEN AND APPRENTICESHIP
TRAINING FUND, WISCONSIN
SHEET METAL WORKERS LOCAL 18
VACATION FUND, WISCONSIN SHEET
METAL WORKERS LOCAL 18 INDUSTRY
FUND, WISCONSIN SHEET METAL WORKERS
LOCAL 18 SCHOLARSHIP FUND, and WISCONSIN
SHEET METAL WORKERS LOCAL 18 RETIREMENT
FUND and PATRICK LANDGRAF,
SHEET METAL WORKERS UNION, LOCAL 18,
SHEET METAL WORKERS' NATIONAL PENSION FUND,
SHEET METAL OCCUPATIONAL HEALTH INSTITUTE
TRUST FUND, NATIONAL ENERGY MANAGEMENT
INSTITUTE COMMITTEE, NATIONAL TRAINING FUND
FOR THE SHEET METAL AND AIR CONDITIONING
INDUSTRY and BOARD OF TRUSTEES, SHEET
METAL WORKERS' NATIONAL PENSION FUND,

     Plaintiffs,

vs.

                Case No. 10- cv-00255

JS SERVICES LLC,

     Defendant.

---

ENTRY OF DEFAULT OF DEFENDANT
JS SERVICES LLC

---

The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that the Defendant in the above-captioned matter, JS Services

LLC, has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.;

The Clerk hereby enters the default of Defendant JS Services LLC pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 5th day of August, 2010.

*Peter Oppeneer*
Clerk