UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN SHEET METAL WORKERS
HEALTH AND BENEFIT FUND,
MILWAUKEE AREA SHEET METAL
JOURNEYMEN AND APPRENTICESHIP
TRAINING FUND, WISCONSIN
SHEET METAL WORKERS LOCAL 18
VACATION FUND, WISCONSIN SHEET
METAL WORKERS LOCAL 18 INDUSTRY
FUND, WISCONSIN SHEET METAL WORKERS
LOCAL 18 SCHOLARSHIP FUND, and WISCONSIN
SHEET METAL WORKERS LOCAL 18 RETIREMENT
FUND and PATRICK LANDGRAF,
SHEET METAL WORKERS UNION, LOCAL 18,
SHEET METAL WORKERS' NATIONAL PENSION FUND,
SHEET METAL OCCUPATIONAL HEALTH INSTITUTE
TRUST FUND, NATIONAL ENERGY MANAGEMENT
INSTITUTE COMMITTEE, NATIONAL TRAINING FUND
FOR THE SHEET METAL AND AIR CONDITIONING
INDUSTRY and BOARD OF TRUSTEES, SHEET
METAL WORKERS' NATIONAL PENSION FUND,

        Plaintiffs,

vs.

                                    Case No. 10- cv-00255

JS SERVICES LLC,

        Defendant.

**ENTRY OF JUDGMENT AND INJUNCTIVE RELIEF
ON THE DECISION BY THE COURT**

      This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

      **IT IS ORDERED AND ADJUDGED** pursuant to Rule 58 of the Federal Rules of Civil Procedure that:

1. Judgment should be entered on behalf of the Plaintiffs Wisconsin Sheet Metal Workers Health and Benefit Fund, Milwaukee Area Sheet Metal Journeymen and Apprenticeship Training Fund, Wisconsin Sheet Metal Workers Local 18 Vacation Fund, Wisconsin Sheet Metal Workers Local 18 Industry Fund, Wisconsin Sheet Metal Workers Local 18 Scholarship Fund, Wisconsin Sheet Metal Workers Local 18 Retirement Fund, Patrick Landgraf, Sheet Metal Workers Union Local 18, Sheet Metal Workers National Pension Fund, SMOHIT/NEMI/ITI, and Board of Trustees, Sheet Metal Workers National Pension Fund and against Defendant JS Services LLC,

2. Defendant JS Services LLC is to submit within ten (10) days to an audit of the company's books and records by the Plaintiff Funds designated representative covering the period of May 1, 2008 to the present date.

3. Plaintiffs shall submit the results of said audit to the court within ten (10) days of the completion of the audit, and the Clerk of Court shall amend the judgment in favor of the Plaintiff Fund to include all contributions, interest and liquidated damages due the Plaintiff Fund as reported by the auditor, along with Plaintiffs' costs and attorney's fees.

Dated at Madison, Wisconsin this 17th day of September, 2010.

BY THE CLERK

Peter Oppeneer